```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
              - v. -                :      INFORMATION
                                    :
JEREMY ZAMYSLOWSKI,                 :      07 Cr.
                                    :
                   Defendant.       :
- - - - - - - - - - - - - - - - - -x
```



07 CRIM. 859

### COUNT ONE

The United States Attorney charges:

1.   From in or about July 2005 through in or about May 2006, in the Southern District of New York and elsewhere, JEREMY ZAMYSLOWSKI, the defendant, unlawfully, willfully, and knowingly, made, uttered, and possessed counterfeit securities of an organization, with intent to deceive other persons, organizations, or governments, to wit, the defendant possessed and uttered approximately $40,000 worth of counterfeit traveler's checks and money orders.

(Title 18, United States Code, Section 513(a).)

### COUNT TWO

The United States Attorney further charges:

2.   From in or about July 2005 through in or about February 2007, in the Southern District of New York and elsewhere, JEREMY ZAMYSLOWSKI, the defendant, unlawfully, willfully, and knowingly, did infringe copyrights by the reproduction and distribution, including by electronic means, of

one or more copies and phonorecords of one or more copyrighted works, which had a total retail value of more than $1,000, to wit, more than 150 copyrighted films, television programs, and software programs.

(Title 17, United States Code, Section 506(a)(1)(B), Title 18, United States Code, Section 2319(c).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :
        - v. -                        :    INFORMATION
                                      :
TEOVALDO ODONEL BELLIARD ROJAS,       :    07 Cr.
    a/k/a "Oscar Rivera Nazario,"     :
                                      :
            Defendant.                :
- - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

On or about February 21, 2007, in the Southern District of New York, TEOVALDO ODONEL BELLIARD ROJAS, a/k/a "Oscar Rivera Nazario," the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, BELLIARD falsely claimed to be "Oscar Rivera Nazario" and to have

been born in Puerto Rico.

(Title 18, United States Code, Section 1542.)

COUNT TWO

The United States Attorney charges:

From at least in or about February 2005 through in or about May 2007, in the Southern District of New York and elsewhere, TEOVALDO ODONEL BELLIARD ROJAS, a/k/a "Oscar Rivera Nazario," the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin and knowingly convert to his own use and the use of another, vouchers, money, and things of value of the United States and a department and agency thereof, which exceeded the sum of $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, BELLIARD applied for and received approximately $7,372.65 in Social Security Income benefits using a false identity.

(Title 18, United States Code, Section 641.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

2