U.S. Department of Justice



United States Attorney
Southern District of New York

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 9, 2007



The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Jeremy Zamyslowski, 07 Cr. 859 (SCR)

Dear Judge Robinson:

      As discussed with Your Honor's law clerk, the next conference in the above-referenced matter has been re-scheduled from November 16, 2007 at 11:30 a.m., to January 18, 2008, at 11:30 a.m.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between November 16, 2007 and January 18, 2008. This will permit the Government and the defense to have discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

      Respectfully Submitted,

      MICHAEL J. GARCIA
      United States Attorney

*The time from Nov 16, 2007 to January 18, 2008 is excluded from the Speedy Trial calculation for the reasons set forth above and in the interests of justice.*

By: _____
     Nola B. Heller
     Assistant United States Attorney
     (914) 993-1939

cc:    Amy Attias, Esq. (By Fax)

SO ORDERED
*Stephen C Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
11/16/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: