**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
               :
UNITED STATES OF AMERICA       :
               :     **SUPERSEDING**
     - v. -          :     **INFORMATION**
               :
JEREMY ZAMYSLOWSKI,       :     S1 07 Cr. 859
               :
          Defendant.     :
- - - - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

1.  From in or about July 2005 through in or about May 2006, in the Southern District of New York and elsewhere, JEREMY ZAMYSLOWSKI, the defendant, unlawfully, willfully, and knowingly, made, uttered, and possessed counterfeit securities of an organization, with intent to deceive other persons, organizations, or governments, to wit, the defendant possessed and uttered approximately $141,500 worth of counterfeit traveler's checks and money orders.

(Title 18, United States Code, Section 513(a).)

### COUNT TWO

The United States Attorney further charges:

2.  From in or about July 2005 through in or about March 2007, in the Southern District of New York and elsewhere, JEREMY ZAMYSLOWSKI, the defendant, unlawfully, willfully, and knowingly, did infringe copyrights by the reproduction and distribution, including by electronic means, of one or more

copies and phonorecords of one or more copyrighted works, which had a total retail value of more than $1,000, to wit, approximately 175,000 copyrighted films, video games, television programs, and software programs.

(Title 17, United States Code, Section 506(a)(1)(B), Title 18, United States Code, Section 2319(c).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney