UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| JEREMY ZAMYSLOWSKI, | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 0859**

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:    /s/ Anna M. Skotko
       Anna M. Skotko
       Assistant United States Attorney
       (914) 993-1936
       Anna.Skotko@usdoj.gov