UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
UNITED STATES OF AMERICA                   :
                                           :   ORDER OF RESTITUTION
        - v. -                             :
                                           :   07 Cr. 859 (SCR)
JEREMY ZAMISLOWSKI,                        :
                                           :
                Defendant.                 :
                                           :
------------------------------------------x

WHEREAS, on or about January 9, 2008, JEREMY ZAMISLOWSKI, the defendant, pleaded guilty to the unlawful possession and utterance of counterfeit traveler's checks, in violation of Title 18, United States Code, Section 513(a), and the unlawful reproduction and distribution of copyrighted works, in violation of Title 17, United States Code, Section 506(a)(1)(B) and Title 18, United States Code, Section 2319(c);

WHEREAS, on or about July 28, 2009, JEREMY ZAMISLOWSKI, the defendant, was sentenced, <u>inter alia</u>, to a term of 18 months' imprisonment, and to pay restitution in an amount and manner to be determined by the Court at a later date;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that



JEREMY ZAMISLOWKI, the defendant, shall pay $875,000 in restitution to the Motion Picture Association of America, 15301 Ventura Boulevard, Sherman Oaks, California, 91403, and $141,500 in restitution to the persons and vendors, and in the individual amounts, identified on Attachment A annexed hereto.

Dated:   White Plains, New York
         October 26, 2009

SO ORDERED:

_____
HONORABLE STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE